IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–19–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JASON LOUIE TONG, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 77.) Defendant Jason Louie Tong has been adjudged guilty of possession with intent to distribute controlled substances, as charged in Count 2 of the Indictment. (Doc. 73.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11).

Accordingly, IT IS ORDERED the motion (Doc. 77) is GRANTED.

IT IS FURTHER ORDERED that Tong's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11).:

- 129 rounds of assorted ammunition.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms

1

& Explosives and/or a designated sub-custodian is directed to seize the property

subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written

notice to all third parties asserting a legal interest in any of the above-described

property and will post on an official government internet site (www.forfeiture.gov)

for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the

Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

Actions, notice of the Court's Preliminary Order and the United States' intent to

dispose of the property in such manner as the Attorney General of the United

States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this

Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party

interests, if any, the Court will enter a final order of forfeiture, pursuant to 21

U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be

addressed.

DATED this 31st day of October, 2024.

Dana L. Christensen, District Judge
United States District Court

2